# United States Court of Appeals for the Fifth Circuit

United States Courts
Southern District of Texas
FILED
March 29, 2022
Nathan Ochsner, Clerk of Court

United States Court of Appeals
Fifth Circuit
**FILED**
March 7, 2022
Lyle W. Cayce
Clerk

No. 21-20110
Summary Calendar

UNITED STATES OF AMERICA,

*Plaintiff—Appellee,*

versus

LEROY KING,

*Defendant—Appellant.*

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:09-CR-342-5

Before JOLLY, WILLETT, and ENGELHARDT, *Circuit Judges.*

JUDGMENT

This cause was considered on the record on appeal and the briefs on file.

IT IS ORDERED and ADJUDGED that the appeal is DISMISSED as frivolous.

Certified as a true copy and issued
as the mandate on Mar 29, 2022

Attest: *Lyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit

# United States Court of Appeals
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

March 29, 2022

Mr. Nathan Ochsner
Southern District of Texas, Houston
United States District Court
515 Rusk Street
Room 5300
Houston, TX 77002

No. 21-20110    USA v. King
USDC No. 4:09-CR-342-5

Dear Mr. Ochsner,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

Sincerely,

LYLE W. CAYCE, Clerk

By: *Christina Gardner*
Christina A. Gardner, Deputy Clerk
504-310-7684

cc: (letter only)
    Ms. Lauretta Drake Bahry
    Mr. Leroy King
    Ms. Carmen Castillo Mitchell